**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>Lakisha Denise Perry )<br>)<br>) | Docket No.:  0972 2:15CR00085-001 |

On August 1, 2013, the above-named was sentenced in the Western District of Oklahoma to Supervised Release for a period of 3 years.  Supervision commenced on March 23, 2015.  On April 21, 2015, jurisdiction was transferred to the Eastern District of California.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:   August 8, 2017
         Fresno, California
         TDM/rmv

             /s/ Brian J. Bedrosian
**REVIEWED BY:**   **Brian J. Bedrosian
                   Supervising United States Probation Officer**

1

**Re:** **Lakisha Denise Perry**
   **Docket No:   0972 2:15CR00085-001**
   **Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Lakisha Denise Perry be discharged from Supervised Release, and that the proceedings in the case be terminated.

August 11, 2017
**Date**
                                   _____
                                   UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:   AUSA (NAME) – Not assigned
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Supervisee - Lakisha Denise Perry